UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

| | |
|---|---|
| SHIRLEY CATALFU, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>SYNOVUS BANK & EQUIFAX )<br>INFORMATION SERVICES LLC, )<br>)<br>*Defendants*. )<br>) | Case No. 3:19-cv-354<br><br>Judge Mattice<br>Magistrate Judge Guyton |

## JUDGMENT

This case came before the Court *sua sponte* for case management purposes. The Honorable Harry S. Mattice, Jr., United States District Judge, having dismissed the complaint pursuant to Federal Rules of Civil Procedure 4(m) and 41(b),

It is hereby **ORDERED AND ADJUDGED** that this action be, and hereby is, **DISMISSED WITHOUT PREJUDICE**.

Dated at *Chattanooga, Tennessee*, this 27th day of December, 2019.

                                                              /s/ *John Medearis*
                                                              John Medearis
                                                              CLERK OF COURT